IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Collins, Beverly Yvonne | Case Number:  05 B 44527 |
| | Judge:  Wedoff, Eugene R |
| Printed:  3/4/08 | Filed:  10/5/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: January 17, 2008
Confirmed: December 15, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 7,430.00 | |
| Secured: | | 7,043.63 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 386.37 |
| Other Funds: | | 0.00 |
| Totals: | 7,430.00 | 7,430.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | HSBC Mortgage Services | Secured | 0.00 | 0.00 |
| 2. | Bell General Office CU | Secured | 9,385.59 | 4,654.57 |
| 3. | HSBC Mortgage Services | Secured | 18,528.52 | 2,389.06 |
| 4. | Capital One | Unsecured | 63.01 | 0.00 |
| 5. | Portfolio Recovery Associates | Unsecured | 318.82 | 0.00 |
| 6. | Bell General Office CU | Unsecured | 9.34 | 0.00 |
| 7. | Mutual Hospital Services/Alverno | Unsecured | 58.35 | 0.00 |
| 8. | Cook County Treasurer | Secured | | No Claim Filed |
| 9. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 10. | MRSI | Unsecured | | No Claim Filed |
| 11. | Nicor Gas | Unsecured | | No Claim Filed |
| 12. | Van Ru Collection Agency | Unsecured | | No Claim Filed |
| | | | $ 28,363.63 | $ 7,043.63 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 116.60 |
| 5% | 52.99 |
| 4.8% | 101.76 |
| 5.4% | 115.02 |
| | $ 386.37 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Collins, Beverly Yvonne | Case Number:  05 B 44527 |
| | Judge:  Wedoff, Eugene R |
| Printed:  3/4/08 | Filed:  10/5/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                                              Marilyn O. Marshall, Trustee, by:

